Decided April 21, 2009

## STATE OF CONNECTICUT *v.* COREY CHRISTOPHER MCCLELLAND

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 142 (AC 28268), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Katherine C. Essington*, special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided April 21, 2009